■ HAROLD BUSHNELL, an Infant, by MARGARET BUSHNELL, His Parent, et al., Appellants, v BERNE-KNOX-WESTERLO SCHOOL DISTRICT, Respondent. (And Another Related Action.) —Appeal from an order of the Supreme Court at Special Term (Hughes, J.), entered January 16, 1986 in Albany County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, without costs, upon the opinion of Justice Harold J. Hughes at Special Term. Kane, J. P., Main, Casey, Yesawich, Jr., and Levine, JJ., concur.